1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY W. STEWART,                          1:10-cv-00954-AWI-DLB (HC)

12          Petitioner,                           ORDER GRANTING MOTION
                                                  TO PROCEED IN FORMA PAUPERIS
13          vs.
                                                  (DOCUMENT #5)
14   J. MACOMBER,

15          Respondent.

16   _____/

17          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19          Petitioner has filed a motion to proceed in forma pauperis .   Examination of the document

20   reveals that petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed

21   in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

22

23          IT IS SO ORDERED.

24      **Dated:   August 12, 2010**              _____ **/s/ Dennis L. Beck** _____
                                                  UNITED STATES MAGISTRATE JUDGE
25

26

27

28